985 A.2d 1259

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Marc P. BRIGIDI, Respondent.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the evidentiary requirements of 75 Pa.C.S. § 1547(c)(1) apply in proceedings arising under 18 Pa.C.S. § 6308.